**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01061-CMA-KMT

EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,

    Plaintiff,

v.

AXE TRUCKING, LLC, a Colorado limited liability company, and
MATTHEW AXTELL, an individual,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Dismissal With Prejudice of Judge Christine M. Arguello entered on December 29, 2014 it is

    ORDERED that this case is DISMISSED in its entirety with prejudice.

    Dated at Denver, Colorado this 29th day of December, 2014.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                        By:  s/   A. Thomas

                                                    Deputy Clerk